Kenneth L. Neeley, 025899
Christopher J. Dutkiewicz, 024962
Dane Paulsen, 029225
Nicholas T. Van Vleet, 026933
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ECF@neeleylaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 |
| **Rudolph Krahenbuhl, II**, | Case No.: 2:17-bk-08391-BKM |
| Debtor. | **NOTICE OF HEARING RE: OBJECTION TO CONFIRMATION** |

**NOTICE IS HEREBY GIVEN** that a Hearing on Toyota Motor Credit Corporation's *Objection to Confirmation of Debtor's First Amended Chapter 13 Plan* will be held before the Honorable Brenda K. Martin at the United States Bankruptcy Court, 7th Floor, Courtroom No.701, 230 N. First Avenue, Phoenix, Arizona.

**DATE: January 31, 2018**
**TIME: 11:00 AM**

DATED: January 10, 2018                                   **NEELEY LAW FIRM, PLC**

*/s/ Kenneth L. Neeley*
Kenneth L. Neeley
2250 E. Germann Rd, Suite 11
Chandler, AZ 85286
*Attorney for Debtor*